No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

---

### JACKSON v. THE STATE.
(Decided May 18, 1915.)

APPEAL from Lamar Probate Court.

Heard before Hon. R. L. BRADLEY.

WALTER NESMITH, for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

PELHAM, P. J.—Reversed and remanded on authority of *Hazelton v. State, infra,* 68 South. 715.

---

### JOHNSON v. THE STATE.
(Decided May 13, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Ogden v. State, infra,* 68 South. 701.

---

### LAWRENCE v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

---

### LAWRENCE v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.